| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 06-109-1/07-438-1/08-560-1 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern District of Pennsylvania | |
| BYRON CASSIDY | NAME OF SENTENCING JUDGE | |
| | Honorable Cynthia E. Rufe | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM February 28, 2024 | TO February 27, 2029 |

OFFENSE

(06-109) 21:841(a)(1) and (b)(1)(C) Distribution of cocaine (Count 1); (07-438) 18:111(a)(1) and (b) Aggravated assault of a federal officer (Count 2) and (08-560) 18:1951(a)(b)(1) and (b)(3) Conspiracy to interfere with interstate commerce by robbery (Count 1); 18:1951(a),(b)(1)(b)(3) and 2 Interference with interstate commerce by robbery and aiding and abetting (Counts 2 and 4); and 18:924(c) and 2 Using and carrying a firearm during and in relation to a crime of violence and aiding and abetting (Count 3).

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

In keeping with the recommendation of the Judicial Conference, to effectively address any future noncompliance. Mr. Cassidy has no desire to return to the Eastern District of Pennsylvania.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of South Carolina   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 11, 2025                                    /s/ Cynthia M. Rufe, J.
Date                                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT   DISTRICT OF   SOUTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 30, 2025                                    s/Sherri A. Lydon
Effective Date                                   United States District Judge

1