# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-00438-CMR All Defendants
## Internal Use Only

Case title: USA v. CASSIDY

Date Filed: 08/01/2007

Date Terminated: 09/30/2009

---

Assigned to: DISTRICT JUDGE CYNTHIA
M. RUFE

**Defendant (1)**

**BYRON CASSIDY**
*TERMINATED: 09/30/2009*

represented by **JOSEPH C. SANTAGUIDA**
1518 WALNUT ST SUITE 1400
PHILADELPHIA, PA 19102
215-893-0900
Fax: 215-893-0802
Email: vikk121@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**STUART M. WILDER**
Law Offices of Stuart Wilder
P.O. Box 1778
124 East Court Street
Doylestown, PA 18901-0320
267-354-2900
Email: info@swilderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**ARIANNA JULIA FREEMAN**
FEDERAL COMMUNITY DEFENDER
FOR EDPA
601 WALNUT ST STE 540 WEST
PHILADELPHIA, PA 19106
215-928-1100
Email: arianna_freeman@fd.org
*TERMINATED: 10/06/2022*
*Designation: Public Defender or
Community Defender Appointment*

**NINA CARPINIELLO SPIZER**
Dilworth Paxson LLP
1650 Market Street

Suite 1200
Philadelphia, PA 19103
215-570-4007
Email: nspizer@dilworthlaw.com
*TERMINATED: 11/23/2022*
*Designation: Public Defender or*
*Community Defender Appointment*

**SAMANTHA K. DRAKE**
FEDERAL DEFENDER OFFICE OF
EDPA
601 WALNUT STREET
SUITE 540 WEST
PHILADELPHIA, PA 19106
215-928-1100
Fax: 215-928-0822
Email: samantha_drake@fd.org
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:111(a)(1), (b) ASSAULTING OFFICERS OF THE UNITED STATES (1) | |
| 18:111(a)(1), (b) ASSAULTING OFFICERS OF THE UNITED STATES (1s) | IMPRISONMENT 120 MONTHS, SUPERVISED RELEASE 3 YEARS, SPECIAL ASSESSMENT $700.00, FINE $5,000.00 (RE-SENTENCING: IMPRISONMENT: 144 MONTHS; SUPERVISED RELEASE: 3 YEARS) |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

| **Plaintiff** | | |
|---|---|---|
| USA | represented by | **MARIA M. CARRILLO**<br>U.S. ATTORNEY'S OFFICE<br>615 CHESTNUT STREET<br>ONE INDEPENDENCE MALL, SUITE 1250 |

PHILA, PA 19106-4476
215-861-8401
Email:
USAPAE.DepartedAUSA@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SALVATORE L. ASTOLFI**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106-4476
215-861-8431
Fax: 215-861-8498
Email: salvatore.astolfi@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2007 | 1 | INFORMATION as to BYRON CASSIDY (1) count(s) 1. (cw, ) (Entered: 08/02/2007) |
| 08/02/2007 | 2 | MOTION to Consolidate Cases *GOVERNMENT'S UNOPPOSED MOTION TO TRANSFER AND CONSOLIDATE CASE, CERTIFICATE OF SERVICE* by USA as to BYRON CASSIDY. (CARRILLO, MARIA) (Entered: 08/02/2007) |
| 08/02/2007 | 3 | ORDER REASSIGNING CASE. CASE REASSIGNED TO JUDGE CYNTHIA M. RUFE as to BYRON CASSIDY FOR ALL FURTHER PROCEEDINGS. JUDGE EDUARDO C. ROBRENO NO LONGER ASSIGNED TO CASE. Signed by Judge HARVEY BARTLE III on 08/02/07.08/02/07 Entered and Copies E-Mailed. (rf, ) (Entered: 08/02/2007) |
| 08/02/2007 | 🔒 | (Court only) ***Motions terminated as to BYRON CASSIDY: 2 MOTION to Consolidate Cases *GOVERNMENT'S UNOPPOSED MOTION TO TRANSFER AND CONSOLIDATE CASE, CERTIFICATE OF SERVICE* filed by USA. (ke) (Entered: 08/16/2007) |
| 08/07/2007 | 4 | SUPERSEDING INFORMATION as to BYRON CASSIDY (1) count(s) 1s. (dt) (Entered: 08/07/2007) |
| 08/07/2007 | 5 | SEALED Minute Entryfor proceedings held before Judge JUAN R. SANCHEZ as to BYRON CASSIDY. (FILED UNDER SEAL).Court Reporter ESR.(ke) (Entered: 08/08/2007) |
| 08/07/2007 | 🔒 6 | (Court only) Document sealed as to BYRON CASSIDY. (FILED UNDER SEAL). (ke) (Entered: 08/08/2007) |
| 08/07/2007 | 🔒 | (Court only) ***JS-2 Opening Information. (ke) (Entered: 08/08/2007) |
| 08/07/2007 | 🔒 7 | (Court only) Document sealed as to BYRON CASSIDY, CERTIFICATE OF SERVICE. (ke) (Entered: 08/08/2007) |
| 08/07/2007 | 🔒 8 | (Court only) Document sealed as to BYRON CASSIDY. (FILED UNDER SEAL). (ke) (Entered: 08/08/2007) |

| | | | |
|---|---|---|---|
| 08/07/2007 | 🔒 | 9 | (Court only) Document sealed as to BYRON CASSIDY. (FILED UNDER SEAL). (ke) (Entered: 08/08/2007) |
| 08/07/2007 | 🔒 | 10 | (Court only) Document sealed as to BYRON CASSIDY. (FILED UNDER SEAL). (ke) (Entered: 08/08/2007) |
| 08/07/2007 | 🔒 | 11 | (Court only) Document sealed as to BYRON CASSIDY, CERTIFICATE OF SERVICE. (FILED UNDER SEAL). (ke) (Entered: 08/08/2007) |
| 08/07/2007 | 🔒 | 12 | (Court only) Document sealed as to BYRON CASSIDY. (FILED UNDER SEAL). (ke) (Entered: 08/08/2007) |
| 10/02/2007 | 🔒 | 13 | (Court only) Document sealed as to BYRON CASSIDY, CERTIFICATE OF SERVICE. (FILED UNDER SEAL). (ke) (Entered: 10/02/2007) |
| 10/02/2007 | 🔒 | 14 | (Court only) Document sealed as to BYRON CASSIDY. (FILED UNDER SEAL). (ke) (Entered: 10/02/2007) |
| 10/02/2007 | 🔒 | 15 | (Court only) Document sealed as to BYRON CASSIDY. (FILED UNDER SEAL). (ke) (Entered: 10/02/2007) |
| 10/03/2007 | | 16 | SEALED TRANSCRIPT as to BYRON CASSIDY held on 8/6/07 before Judge SANCHEZ. Court Reporter: ESR. (FILED UNDER SEAL). (ke) (Entered: 10/03/2007) |
| 02/20/2008 | 🔒 | 17 | (Court only) Document sealed as to BYRON CASSIDY. (FILED UNDER SEAL). (ke) (Entered: 02/20/2008) |
| 02/20/2008 | 🔒 | 18 | (Court only) Document sealed as to BYRON CASSIDY. (FILED UNDER SEAL). (ke) (Entered: 02/20/2008) |
| 02/20/2008 | 🔒 | 19 | (Court only) Document sealed as to BYRON CASSIDY, CERTIFICATE OF SERVICE. (FILED UNDER SEAL). (ke) (Entered: 02/20/2008) |
| 02/20/2008 | 🔒 | 20 | (Court only) Document sealed as to BYRON CASSIDY. (FILED UNDER SEAL). (ke) (Entered: 02/20/2008) |
| 03/12/2008 | 🔒 | 21 | (Court only) Document sealed as to BYRON CASSIDY, CERTIFICATE OF SERVICE. (ke) (Entered: 03/12/2008) |
| 03/12/2008 | 🔒 | 22 | (Court only) Document sealed as to BYRON CASSIDY. (ke) (Entered: 03/12/2008) |
| 03/12/2008 | 🔒 | 23 | (Court only) Document sealed as to BYRON CASSIDY, CERTIFICATE OF SERVICE. (ke) (Entered: 03/12/2008) |
| 03/12/2008 | 🔒 | 24 | (Court only) Document sealed as to BYRON CASSIDY. (ke) (Entered: 03/12/2008) |
| 05/15/2008 | | 25 | REPORT AND ORDER OF PRETRIAL OFFICER AS TO BYRON CASSIDY THAT SUBJECT'S BAIL BE REVOKED FOR A VIOLATION OF PRETRIAL RELEASE CONDITIONS, AND A WARRANT FOR HIS ARREST BE ISSUED.. Signed by HONORABLE CYNTHIA M. RUFE on 5/15/08. 5/15/08 Entered. (jh, ) (Entered: 05/15/2008) |
| 05/15/2008 | 🔒 | | Bench Warrant Issued by HONORABLE CYNTHIA M. RUFE in case as to BYRON CASSIDY. (jh, ) (Entered: 05/15/2008) |
| 09/09/2008 | | 26 | NOTICE OF HEARING as to BYRON CASSIDY Bond Revocation Hearing set for 9/11/2008 02:00 PM in COURTROOM 14A before HONORABLE CYNTHIA M. RUFE. (epp, ) (Entered: 09/09/2008) |

| | | |
|---|---|---|
| 09/11/2008 | 27 | NOTICE OF HEARING as to BYRON CASSIDY Sentencing set for 12/8/2008 10:00 AM in COURTROOM 12A before HONORABLE CYNTHIA M. RUFE. (epp, ) (Additional attachment(s) added on 9/12/2008: # 1 NEW PDF) (ke, ). (Entered: 09/11/2008) |
| 09/12/2008 | 28 | Minute Entryfor proceedings held before HONORABLE CYNTHIA M. RUFEViolation of Pretrial Release Conditions Hearing as to BYRON CASSIDY held on 9/11/08. Counsel addresses Court. Deft. stipulates to detention. Court sustains its previous ruling to revoke Deft's. pretrial release status. Deft's. pretrial release status is revoked pending sentencing which is set for 12/8/08 at 10:00 am on both matters before the Court.Court Reporter ESR.(ke) (Entered: 09/12/2008) |
| 10/20/2008 | 29 | TRANSCRIPT VIOLATION OF PRETRIAL RELEASE held on 9/11/08, before Judge RUFE. Court Reporter/Transcriber ESR/DONNA M. ANDERS. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/10/2008. Redacted Transcript Deadline set for 11/20/2008. Release of Transcript Restriction set for 1/18/2009. (SEE DOC. #50 IN CASE 06cr109-1)(ke) (Entered: 10/20/2008) |
| 10/20/2008 | 30 | Notice of Filing of Official Transcript with Certificate of Service re 29 Transcript - PDF,, 10/20/08 Entered and Copies Emailed and Mailed. (ke) (Entered: 10/20/2008) |
| 12/04/2008 | 31 | NOTICE OF HEARING as to BYRON CASSIDY Sentencing previously set for 12/8/2008 10:00 AM in Philadelphia Courthouse before HONORABLE CYNTHIA M. RUFE has been CANCELLED until further notice of Court. (epp, ) (Additional attachment(s) added on 12/5/2008: # 1 NEW PDF) (ke, ). (Entered: 12/04/2008) |
| 02/25/2009 | 32 | ORDER AS TO BYRON CASSIDY THAT THE COURT DIRECTS COUNSEL FOR GOV'T. AND DEFT. TO FAX TO THE COURT WITHIN 7 DAYS OF THE DATE OF THIS LETTER A STATUS REPORT, ETC. Signed by HONORABLE CYNTHIA M. RUFE on 2/25/09.2/25/09 Entered and Copies Mailed, E-Mailed. (ke) (Entered: 02/25/2009) |
| 09/04/2009 | 33 | NOTICE OF HEARING as to BYRON CASSIDY Sentencing set for 9/23/2009 10:00 AM in Philadelphia before HONORABLE CYNTHIA M. RUFE. Please report to the twelfth floor for courtroom assignment.(epp, ) (Entered: 09/04/2009) |
| 09/15/2009 | 34 | NOTICE OF HEARING as to BYRON CASSIDY Sentencing set for 9/29/2009 04:00 PM in Philadelphia before HONORABLE CYNTHIA M. RUFE. Please report to the twelfth floor for courtroom assignment.(epp, ) (Entered: 09/15/2009) |
| 09/15/2009 | 35 | Minute Entry for proceedings held before HONORABLE CYNTHIA M. RUFE-Telephone Conference as to BYRON CASSIDY held on 9/9/09.Court Reporter ESR.(cmc) (Entered: 09/16/2009) |
| 09/25/2009 | 36 | Sentencing Document by USA as to BYRON CASSIDY, CERTIFICATE OF SERVICE. (ke) (Entered: 09/28/2009) |
| 09/30/2009 | 37 | Minute Entryfor proceedings held before HONORABLE CYNTHIA M. RUFESentencing held on 9/29/09 for BYRON CASSIDY (1), Count(s) 1s, IMPRISONMENT 120 MONTHS, SUPERVISED RELEASE 3 YEARS, SPECIAL ASSESSMENT $700.00, FINE $5,000.00.Court Reporter ESR.(ke) (Entered: 10/01/2009) |
| 09/30/2009 | 38 | JUDGMENT AS TO BYRON CASSIDY (1), Count(s) 1s, IMPRISONMENT 120 MONTHS, SUPERVISED RELEASE 3 YEARS, SPECIAL ASSESSMENT $700.00, FINE $5,000.00. Signed by HONORABLE CYNTHIA M. RUFE on |

| | | |
|---|---|---|
| | | 9/30/09.10/1/09 Entered and Copies Mailed, E-Mailed BY CHAMBERS. (ke) (Entered: 10/01/2009) |
| 09/30/2009 | 🔒 | (Court only) ***Case Terminated as to BYRON CASSIDY (ke) (Entered: 10/01/2009) |
| 09/30/2009 | 🔒 | (Court only) ***Judgment Index Record Added (afm, ) (Entered: 10/01/2009) |
| 10/21/2009 | 39 | SEALED ORDER AS TO BYRON CASSIDY. (FILED UNDER SEAL). Signed by HONORABLE CYNTHIA M. RUFE on 10/21/09.10/21/09 Entered and Copies Mailed BY CHAMBERS. (ke) (Entered: 10/21/2009) |
| 01/05/2010 | 40 | SEALED TRANSCRIPT as to BYRON CASSIDY held on 12/29/09, before Judge RUFE. (FILED UNDER SEAL SEE DCO. #61 IN 06cr109-1). (ke) (Entered: 01/05/2010) |
| 07/27/2017 | 41 | Arrest Warrant Returned Executed on 5/15/08 in case as to BYRON CASSIDY. (mac, ) (Entered: 07/27/2017) |
| 12/06/2018 | 42 | MOTION To Appoint Counsel by BYRON CASSIDY. (Attachments: # 1 Affidavit) (SPIZER, NINA) (Entered: 12/06/2018) |
| 12/07/2018 | 43 | ORDER THAT THE MOTION TO APPOINT THE FEDERAL COMMUNITY DEFENDER OFFICE AND FOR LEAVE TO PROCEED IFP 42 IS GRANTED AS TO BYRON CASSIDY (1). Signed by HONORABLE CYNTHIA M. RUFE on 12/7/18.12/10/18 ENTERED AND COPIES E-MAILED.(mac, ) (Entered: 12/10/2018) |
| 08/12/2020 | 44 | Certified Copy of Order from USCA RE: CASE #20-2170 THAT Petitioners application for leave to file a second or successive 28 U.S.C. § 2255 motion is granted, as he has made a prima facie showing that his proposed § 2255 motion relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable. (tomg, ) (Entered: 08/13/2020) |
| 08/12/2020 | 45 | MOTION to Vacate/Set Aside/Correct Sentence (2255) under 28 U.S.C. 2255 ( Civil Action 20-3946.) by BYRON CASSIDY. (tomg, ) (Entered: 08/13/2020) |
| 08/13/2020 | 46 | MOTION to Stay *Proceedings on 28 U.S.C. § 2255 Motion* by BYRON CASSIDY. (FREEMAN, ARIANNA) (Entered: 08/13/2020) |
| 08/13/2020 | 🔒 | (Court only) ***Set/Clear Flags as to BYRON CASSIDY Set Flag PSO, PSLC-KB (mps, ) (Entered: 08/13/2020) |
| 08/13/2020 | 47 | ORDER AS TO BYRON CASSIDY THAT DEFENDANT'S UNOPPOSED MOTION TO STAY 28:2255 PROCEEDINGS IS GRANTED. ALL PROCEEDINGS ON DEFENDANT'S 2255 MOTION ARE STAYED. Signed by HONORABLE CYNTHIA M. RUFE on 8/13/2020.8/13/2020 ENTERED AND COPIES E-MAILED.(ahf) (Entered: 08/13/2020) |
| 03/03/2021 | 🔒 | (Court only) ***Set/Clear Flags as to BYRON CASSIDY Cleared Flag PSLC-KB (kbf, ) (Entered: 03/03/2021) |
| 04/25/2022 | 🔒 48 | SEALED ORDER AND LETTER AS TO BYRON CASSIDY. Signed by HONORABLE CYNTHIA M. RUFE on 4/25/2022. 4/25/2022 Entered and Copies E-Mailed by Chambers. (FILED UNDER SEAL) (ems) (ems). (Entered: 04/25/2022) |

| 10/06/2022 | | 49 | NOTICE *of Withdrawal of Appearance of Arianna Freeman* by BYRON CASSIDY (FREEMAN, ARIANNA) (Entered: 10/06/2022) |
|---|---|---|---|
| 11/22/2022 | | 50 | Joint MOTION Motion to Resolve 28 U.S.C. Section 2255 Motion and Schedule Resentencing Hearing by BYRON CASSIDY. (DRAKE, SAMANTHA) (Entered: 11/22/2022) |
| 11/23/2022 | | 51 | NOTICE *OF WITHDRAWAL OF APPEARANCE* by BYRON CASSIDY (SPIZER, NINA) (Entered: 11/23/2022) |
| 11/23/2022 | | 52 | ORDER AS TO BYRON CASSIDY THAT THE PARTIES' JOINT MOTION TO RESOLVE 28:2255 MOTION AND SCHEDULE RESENTENCING HEARING IS GRANTED. DEFENDANT'S 28:2255 MOTION IS GRANTED IN PART AS OUTLINED HEREIN. THE COURT SHALL APPOINT ATTORNEY STUART WILDER TO REPRESENT DEFENDANT FOR THE RESENTENCING HEARING. Signed by HONORABLE CYNTHIA M. RUFE on 11/23/22.11/25/22 Entered and Copies E-Mailed. (mac) (Entered: 11/25/2022) |
| 01/12/2023 | 🔒 | 53 | SEALED MOTION FILED BY BYRON CASSIDY, CERTIFICATE OF SERVICE. (mac) (mac). (Main Document 53 replaced on 1/26/2023) (nd). (Entered: 01/12/2023) |
| 01/26/2023 | | | ***Case Reopened as to BYRON CASSIDY (mac) (Entered: 01/26/2023) |
| 01/26/2023 | 🔒 | 54 | SEALED ORDER AS TO BYRON CASSIDY. Signed by HONORABLE CYNTHIA M. RUFE on 1/26/23.1/26/23 Entered and Copies E-Mailed. (mac) (mac). (Entered: 01/26/2023) |
| 01/26/2023 | 🔒 | | (Court only) ***Case Terminated as to BYRON CASSIDY (mac) (Entered: 01/26/2023) |
| 03/06/2023 | 🔒 | 55 | SEALED TRANSCRIPT as to BYRON CASSIDY held on 9/29/2009 before Judge CYNTHIA M. RUFE. Court Reporter: ESR. TRANSCRIBED BY: DRUMMOND. (FILED UNDER SEAL). (tomg) (tomg). (Entered: 03/07/2023) |
| 05/01/2023 | 🔒 | 56 | SEALED MOTION by BYRON CASSIDY. (FILED UNDER SEAL). (tomg) (tomg). (Entered: 05/01/2023) |
| 06/14/2023 | | | ***Case Reopened as to BYRON CASSIDY (mac) (Entered: 06/15/2023) |
| 06/14/2023 | | 57 | ORDER AS TO BYRON CASSIDY THAT THE WARDEN OF FCI GILMER AND THE USM PRODUCE DEFENDANT BEFORE THIS COURT ON WEDNESDAY, NOVEMBER 1, 2023, AT 11:00 A.M., IN COURTROOM 12A, ETC. Signed by HONORABLE CYNTHIA M. RUFE on 6/14/23.6/15/23 Entered and Copies E-Mailed. (mac) (Entered: 06/15/2023) |
| 06/14/2023 | | 58 | ORDER AS TO BYRON CASSIDY THAT A SENTENCING HEARING IS SCHEDULED FOR NOVEMBER 1, 2023, AT 11:00 A.M., IN COURTROOM 12A, ETC. Signed by HONORABLE CYNTHIA M. RUFE on 6/14/23.6/15/23 Entered and Copies E-Mailed. (mac) (Entered: 06/15/2023) |
| 06/14/2023 | 🔒 | | (Court only) ***Case Terminated as to BYRON CASSIDY (mac) (Entered: 06/15/2023) |
| 06/15/2023 | 🔒 | 59 | SEALED ORDER AS TO BYRON CASSIDY. Signed by HONORABLE CYNTHIA M. RUFE on 6/14/23.6/15/23 Entered and Copies E-Mailed. (mac) (mac). (Entered: 06/15/2023) |
| 06/15/2023 | | 60 | NOTICE OF HEARING as to BYRON CASSIDY Sentencing set for 11/1/2023 11:00 AM in Courtroom 12A before HONORABLE CYNTHIA M. RUFE. (epp) |

| | | | |
|---|---|---|---|
| | | | (Entered: 06/15/2023) |
| 06/15/2023 | | 61 | NOTICE OF ATTORNEY APPEARANCE SALVATORE L. ASTOLFI appearing for USA. (ASTOLFI, SALVATORE) (Entered: 06/15/2023) |
| 10/23/2023 | | 62 | First MOTION to Continue Sentence by BYRON CASSIDY. (WILDER, STUART) (Entered: 10/23/2023) |
| 10/24/2023 | | | ***Case Reopened as to BYRON CASSIDY (mac) (Entered: 10/25/2023) |
| 10/24/2023 | | 63 | ORDER AS TO BYRON CASSIDY THAT THE NOVEMBER 1, 2023, SENTENCING HEARING IS POSTPONED, ETC. Signed by HONORABLE CYNTHIA M. RUFE on 10/24/23.10/25/23 Entered and Copies E-Mailed. (mac) (Entered: 10/25/2023) |
| 10/24/2023 | 🔒 | | (Court only) ***Case Terminated as to BYRON CASSIDY (mac) (Entered: 10/25/2023) |
| 10/25/2023 | | 64 | SENTENCING MEMORANDUM by USA as to BYRON CASSIDY (ASTOLFI, SALVATORE) (Entered: 10/25/2023) |
| 01/30/2024 | | 65 | NOTICE OF HEARING as to BYRON CASSIDY Sentencing set for 2/15/2024 10:30 AM in Courtroom 12A before HONORABLE CYNTHIA M. RUFE. (epp) (Entered: 01/30/2024) |
| 02/05/2024 | 🔒 | 66 | SENTENCING DOCUMENT, CERTIFICATE OF SERVICE by BYRON CASSIDY. (FILED UNDER SEAL). (tomg) (tomg). (Entered: 02/06/2024) |
| 02/05/2024 | 🔒 | 67 | SENTENCING DOCUMENT, CERTIFICATE OF SERVICE by BYRON CASSIDY. (FILED UNDER SEAL). (tomg) (tomg). (Entered: 02/06/2024) |
| 02/05/2024 | 🔒 | 68 | SENTENCING DOCUMENT, CERTIFICATE OF SERVICE by BYRON CASSIDY. (FILED UNDER SEAL). (tomg) (tomg). (Entered: 02/06/2024) |
| 02/06/2024 | | | ***Case Reopened as to BYRON CASSIDY (mac) (Entered: 02/06/2024) |
| 02/06/2024 | 🔒 | 69 | JUDICIAL DOCUMENT AS TO BYRON CASSIDY. (FILED UNDER SEAL). Signed by HONORABLE CYNTHIA M. RUFE on 2/6/24.2/6/24 Entered and Copies E-Mailed. (mac) (mac). (Entered: 02/06/2024) |
| 02/06/2024 | 🔒 | | (Court only) ***Case Terminated as to BYRON CASSIDY (mac) (Entered: 02/06/2024) |
| 02/14/2024 | 🔒 | 70 | SUPPLEMENTAL SENTENCING DOCUMENT by BYRON CASSIDY. (FILED UNDER SEAL). (tomg) (tomg). (Entered: 02/14/2024) |
| 02/14/2024 | | | ***Case Reopened as to BYRON CASSIDY (mac) (Entered: 02/14/2024) |
| 02/14/2024 | 🔒 | 71 | JUDICIAL DOCUMENT AS TO BYRON CASSIDY. (FILED UNDER SEAL). Signed by HONORABLE CYNTHIA M. RUFE on 2/14/24.2/14/24 Entered and Copies E-Mailed. (mac) (mac). (Entered: 02/14/2024) |
| 02/14/2024 | 🔒 | | (Court only) ***Case Terminated as to BYRON CASSIDY (mac) (Entered: 02/14/2024) |
| 02/14/2024 | 🔒 | 72 | SECOND SUPPLEMENTAL SENTENCING DOCUMENT by BYRON CASSIDY. (FILED UNDER SEAL). (tomg) (tomg). (Entered: 02/15/2024) |
| 02/21/2024 | | | ***Case Reopened as to BYRON CASSIDY (mac) (Entered: 02/22/2024) |
| 02/21/2024 | 🔒 | 73 | JUDICIAL DOCUMENT AS TO BYRON CASSIDY. (FILED UNDER SEAL). Signed by DISTRICT JUDGE CYNTHIA M. RUFE on 2/15/24.2/22/24 Entered |

| | | | |
|---|---|---|---|
| | | | and Copies E-Mailed. (mac) (mac). (Entered: 02/22/2024) |
| 02/21/2024 | 🔒 | 74 | Minute Entry for proceedings held before DISTRICT JUDGE CYNTHIA M. RUFE in Courtroom 12A: Sentencing held on 2/15/24 for BYRON CASSIDY for BYRON CASSIDY (1), Count(s) 1s,IMPRISONMENT: 144 MONTHS; SUPERVISED RELEASE: 3 YEARS.Court Reporter ESR.(mac) (Entered: 02/22/2024) |
| 02/21/2024 | | 75 | AMENDED JUDGMENT AS TO BYRON CASSIDY. Signed by DISTRICT JUDGE CYNTHIA M. RUFE on 2/21/24.2/22/24 Entered and Copies E-Mailed. (mac) (Entered: 02/22/2024) |
| 02/21/2024 | 🔒 | | (Court only) ***JS-3 Closing Information, ***Case Terminated as to BYRON CASSIDY (mac) (Entered: 02/22/2024) |
| 02/28/2024 | | | ***Case Reopened as to BYRON CASSIDY (mac) (Entered: 02/28/2024) |
| 02/28/2024 | | 76 | AMENDED JUDGMENT AS TO BRYON CASSIDY. Signed by DISTRICT JUDGE CYNTHIA M. RUFE on 2/28/24.2/28/24 Entered and Copies E-Mailed. (mac) (Entered: 02/28/2024) |
| 02/28/2024 | 🔒 | | (Court only) ***Case Terminated as to BYRON CASSIDY (mac) (Entered: 02/28/2024) |
| 07/01/2025 | | 77 | Probation Jurisdiction Transferred to DISTRICT OF SOUTH CAROLINA as to BYRON CASSIDY Transmitted Transfer of Jurisdiction form, with certified copies of superseding information, amended judgment and docket sheet. (ke) (Entered: 07/02/2025) |
| 07/01/2025 | | | *** TRANSFER AS TO BYRON CASSIDY TO THE DISTRICT OF SOUTH CAROLINA *** (ke) (Entered: 07/02/2025) |