IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 07-438 |
| v. | : DATE FILED: |
| BYRON CASSIDY | : VIOLATION:<br>18 U.S.C. § 111(a)(1), (b)<br>(assaulting officers of the United States<br>– 1 count) |

FILED
AUG 0 7 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## SUPERSEDING INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about May 2, 2006, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**BYRON CASSIDY**

knowingly, and by means of a deadly weapon, that is, a car, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with officers and employees of the United States, and officers and employees of an agency in a branch of the United States government, including: Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent Jenna Motzenbecker; ATF Special Agent Gerard Gallagher, Philadelphia Police Department Detective Christopher Marano; Pennsylvania Office of Attorney General, Bureau of Narcotics Investigations, Narcotics Agent Isaac Caraway, while these officers and employees were engaged in, and on account of the performance of, their official duties, and while assisting the offices and employees in the performance of such duty or on account of that assistance at the ATF.

In violation of Title 18, United States Code, Section 111(a)(1), (b)

PATRICK L. MEEHAN
*United States Attorney*